A CERTIFIED TRUE COPY

NOV 20 2000

ATTEST

FOR THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

JUDGE KAPLAN

D.mn

00-2179 JMR/FLN

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

NOV - 2 2000

FILED
CLERK'S OFFICE

***DOCKET NO. 1348*** 00 CIV. 9

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE REZULIN PRODUCTS LIABILITY LITIGATION***

FLD S.D. of NY 11/28/00

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-6)***

On June 9, 2000, the Panel transferred 19 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 140 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Lewis A. Kaplan.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kaplan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Southern District of New York for the reasons stated in the order of June 9, 2000, and, with the consent of that court, assigned to the Honorable Lewis A. Kaplan.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

NOV 20 2000

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED DEC 04 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

# SCHEDULE CTO-6 -- TAG ALONG CASES
# DOCKET NO. 1348
# IN RE REZULIN PRODUCTS LIABILITY LITIGATION

| District | Div | Civil Action # | Case |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ~~ALN~~ | ~~7~~ | ~~00-2709~~ | ~~Hunt, etc. v. Parke-Davis, et al.~~ opposed |
| ARIZONA | | | |
| AZ | 2 | 00-1803 | Molina v. Parke-Davis, et al. |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 00-10523 | Jisonna v. Parke-Davis, et al. |
| CALIFORNIA EASTERN | | | |
| CAE | 1 | 00-6329 | Ayala v. Warner-Lambert Co., et al. |
| CAE | 1 | 00-6620 | Chandler v. Parke-Davis, et al. |
| CALIFORNIA NORTHERN | | | |
| CAN | 5 | 00-21014 | Sessions v. Parke-Davis, et al. |
| CALIFORNIA SOUTHERN | | | |
| CAS | 3 | 00-1950 | Cochran v. Parke-Davis, et al. |
| CAS | 3 | 00-1989 | Cohen, etc. v. Parke-Davis, et al. |
| GEORGIA NORTHERN | | | |
| ~~GAN~~ | ~~1~~ | ~~00-2451~~ | ~~Pearce, et al. v. Parke-Davis, et al.~~ opposed |
| ILLINOIS CENTRAL | | | |
| ILC | 1 | 00-1270 | Wald, etc. v. Warner-Lambert Co., et al. |
| KANSAS | | | |
| KS | 6 | 00-1408 | MacMeeken v. Pfizer, Inc., et al. |
| KENTUCKY EASTERN | | | |
| KYE | 3 | 00-64 | Moriarty, et al. v. Warner-Lambert Co. |
| MAINE | | | |
| ME | 2 | 00-252 | Danforth v. Parke-Davis, et al. |
| MINNESOTA | | | |
| MN | 0 | 00-2178 | Quevedo v. Warner-Lambert Co., et al. |
| MN | 0 | 00-2179 | Couch v. Warner-Lambert Co., et al. |
| MN | 0 | 00-2180 | Little v. Warner-Lambert Co., et al. |
| MN | 0 | 00-2209 | Flores v. Warner-Lambert Co., et al. |
| MISSISSIPPI SOUTHERN | | | |
| ~~MSS~~ | ~~3~~ | ~~00-757~~ | ~~Polehouse, et al. v. Parke-Davis, et al.~~ opposed |
| NEBRASKA | | | |
| NE | 4 | 00-3255 | Jackson v. Warner-Lambert Co., et al. |
| NE | 4 | 00-3256 | Leland v. Warner-Lambert Co., et al. |
| NEW HAMPSHIRE | | | |
| NH | 1 | 00-454 | Wunderlich v. Parke-Davis, et al. |
| PENNSYLVANIA WESTERN | | | |
| PAW | 2 | 00-1885 | Williams, et al. v. Warner-Lambert Co. |
| PAW | 3 | 00-261 | Reed, et al. v. Warner-Lambert Co., et al. |
| TEXAS NORTHERN | | | |
| ~~TXN~~ | ~~3~~ | ~~00-2243~~ | ~~Robinson v. Warner-Lambert Co., et al.~~ opposed. |
| TEXAS SOUTHERN | | | |
| TXS | 4 | 00-2905 | Mitchell v. Parke-Davis |
| ~~TXS~~ | ~~7~~ | ~~00-258~~ | ~~Soto, et al. v. Warner-Lambert Co., et al.~~ opposed |

SCHEDULE CTO-6 TAG-ALONG CASES (Cot.) MDL-1348

| District | Div | Civil Action # | |
|---|---|---|---|
| TEXAS WESTERN | | | |
| TXW | 6 | 00-266 | Hernandez v. Parke-Davis, et al. |
| VIRGINIA EASTERN | | | |
| VAE | 1 | 00-1407 | Morrell v. Parke-Davis, et al. |
| VAE | 4 | 00-100 | Cooper v. Warner-Lambert Co., et al. |
| VIRGINIA WESTERN | | | |
| VAW | 2 | 00-163 | Causey v. Warner-Lambert Co., et al. |
| VAW | 2 | 00-164 | Bailey v. Warner-Lambert Co., et al. |
| VAW | 2 | 00-166 | Whitt v. Warner-Lambert Co., et al. |
| WEST VIRGINIA SOUTHERN | | | |
| WVS | 2 | 00-919 | Mahon v. Parke-Davis Co., Inc., et al. |

RECEIVED
BY MAIL
DEC 04 2000
CLERK US DIST COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007

James M. Parkison
Clerk

DISTRICT OF MINNESOTA

Date: 11/28/2000

In Re: REZULIN

MDL # 1348

| Your Docket # | S.D. OF N.Y. |
| --- | --- |
| 0:00-2179 JMR/FLN | 00-9024 |

Dear Sir:

Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to the Honorable LEWIS A. KAPLAN U.S.D.J. for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

Please return the copy of this letter when transmitting YOUR FILE and CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
James M. Parkison

By [signature]
Deputy Clerk